# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| RANDY MCDONALD, individually and on behalf of all others similarly situated | § § § Case 2: 16-cv-01203-LPL § § § JURY TRIAL DEMANDED § § CLASS/COLLECTIVE ACTION § § § § § § |
| Plaintiff, | |
| vs. | |
| ENCOMPASS SERVICES, LLC., | |
| Defendant. | |

## NOTICE OF FILING NOTICE OF CONSENTS

Plaintiff hereby submits the attached notice(s) of consent:

1. Dominick Davis

Respectfully submitted,

By: /s/ *Andrew W. Dunlap*
    **Michael A. Josephson**
    Pennsylvania Bar No. 308410
    Texas Bar No. 24014780
    (*pending pro hac vice*)
    **Andrew W. Dunlap**
    Texas Bar No. 24078444
    (*Admitted pro hac vice*)
    **Lindsay R. Itkin**
    Texas Bar No. 24068647
    *(pending pro hac vice)*
    **Jessica M. Bresler**
    Texas Bar No. 24090008
    *(pending pro hac vice)*
    **FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON**
    1150 Bissonnet St.
    Houston, Texas 77005
    Tel: (713) 751-0025
    Fax: (713) 751-0030
    mjosephson@fibichlaw.com
    adunlap@fibichlaw.com
    litkin@fibichlaw.com
    jbresler@fibichlaw.com

    **AND**

    **Joshua P. Geist**
    PA. I.D. No. 85745
    **Goodrich & Geist, P.C.**
    3634 California Ave.
    Pittsburgh, PA 15212
    Tel: 412-766-1455
    Fax: 412-766-0300
    josh@goodrichandgeist.com

    **AND**

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
(*Pending Pro Hac Vice*)
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

ATTORNEYS IN CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 13th day of September 2016.

/s/ *Andrew W. Dunlap*
Andrew Dunlap

## CONSENT TO JOIN WAGE CLAIM

Print Name: __Dominick Davis__

1. I hereby consent to participate in a collective action lawsuit against __Encompass Energy Services__ to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: *Dominick Davis* (Sep 8, 2016)

Date Signed: Sep 8, 2016

Exhibit 1